No. 636. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* FRISCO TRANSPORTATION CO.;

No. 637. RAILWAY LABOR EXECUTIVES' ASSOCIATION ET AL. *v.* FRISCO TRANSPORTATION CO.; and

No. 651. INTERSTATE COMMERCE COMMISSION *v.* FRISCO TRANSPORTATION CO. Appeals from the United States District Court for the Eastern District of Missouri. Probable jurisdiction noted. *Gregory M. Rebman, B. W. LaTourette, Wentworth E. Griffin, Peter T. Beardsley* and *William J. O'Brien, Jr.* for appellants in No. 636. *Carroll J. Donohue, Clarence M. Mulholland, Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for the Railway Labor Executives' Association et al., appellants in No. 637. *Robert W. Ginnane* and *Charlie H. Johns, Jr.* for appellant in No. 651. *James L. Homire, John E. McCullough, Alvin J. Baumann, Ernest D. Grinnell, Jr.* and *Bernard G. Ostmann* for appellee.